

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00252-CR

KEVIN E. BROMLEY, Appellant

V.

THE STATE OF TEXAS

§   On Appeal from Criminal District Court No. 3

§   of Tarrant County (1469526D)

§   December 31, 2018

§   Per Curiam

§   (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $6,450 in improperly-assessed attorney's fees. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM